# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ALISAN ONSOY and**
**BERNA COOPER**,

    Plaintiffs,

v.                                                 Case No. **6:22-cv-00736-WWB-**LHP

**FEDERAL INSURANCE COMPANY** ,

    Defendants.

_____

## NOTICE OF SETTLEMENT

Plaintiffs, ALISAN ONSOY AND BERNA COOPER, by and through undersigned counsel, advises the Court that this matter has been settled between the Plaintiffs and Defendant and the matter may be removed from the Court's trial docket.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail to John David Dickenson, Esq. and Evan M. Holober, Esq at jdickenson@cozen.com eholober@cozen.com kdaugharty@cozen.com and lmurphy@cozen.com 14th day of December, 2022.

***MICHAEL CIOCCHETTI, PLLC***

/s/ Michael Ciocchetti

_____
Michael Ciocchetti, FBN: 672645
Cynthia B. Beissel, FBN: 631582
Mark Alexander Williams, FBN: 1002674
Eric J. Knuth FBN: 087258
125 North Ridgewood Avenue, Suite 100
Daytona Beach, FL 32114
Telephone: (386) 317-7777
Facsimile: (386) 845-0222
Primary Email: *Efiling@floridainslaw.com*
Secondary Email:
C*rystal@floridainslaw.com*
*Kathy@floridainslaw.com*
Attorneys for Plaintiff