**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALISAN ONSOY and BERNA
COOPER,

      Plaintiffs,

v.                                                                    Case No. 6:22-cv-736-WWB-LHP

FEDERAL INSURANCE COMPANY,

      Defendant.

_____

## <u>ORDER</u>

The Court has been advised by the parties' Notice of Settlement that the above-styled action has been completely settled.  (Doc. 14 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on December 15, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record